■ BARRY LUBLINER, Respondent, v A.E.B. CAR WASH LTD. et al., Appellants. [628 NYS2d 531] —Appeal by the defendants from a judgment of the Supreme Court, Nassau County (Segal, J.), dated February 15, 1994.

Ordered that the judgment is affirmed, with costs, for reasons stated by Justice Segal at the Supreme Court, Nassau County, in the decision and order dated January 27, 1994. Sullivan, J. P., Miller, Pizzuto and Friedmann, JJ., concur.